[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1239.]

LORETO DEVELOPMENT COMPANY, INC. ET AL., APPELLANTS, *v.* VILLAGE OF CHARDON, APPELLEE.

[Cite as *Loreto Dev. Co. v. Chardon*, 1998-Ohio-636.]

*Appeal dismissed as improvidently allowed.*

(No. 96-2636—Submitted January 20, 1998—Decided March 11, 1998.)

APPEAL from the Court of Appeals for Geauga County, Nos. 95-G-1920 and 95-G-1923.

—————————

*Mansour, Gavin, Gerlack & Manos Co., L.P.A., Michael T. Gavin, Eli Manos* and *Anthony J. Coyne; Eardley & Zulandt* and *David J. Eardley*, for appellants.

*Manley, Burke, Lipton & Cook* and *Gary E. Powell;* and *James M. Gillette*, Chardon Village Law Director, for appellee.

—————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

COOK, J., dissents and would affirm the judgment of the court of appeals.

—————————